### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| AARON WALTERS, individually and on behalf of all persons similarly situated | PLAINTIFF |
| v.    No. 4:08CV02484 JLH | |
| APPLE COMPUTER, INC.; AT&T, INC.; and AT&T MOBILITY LLC | DEFENDANTS |

### ORDER

Pursuant to the stipulation for extension of time, the deadline for defendants, Apple Computer, Inc., AT&T, Inc., and AT&T Mobility LLC, to answer or otherwise respond to plaintiff's amended complaint is extended up to and including November 20, 2008.  Document #13.

IT IS SO ORDERED this 20th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE